**THIRD DIVISION**
**BARNES, P. J.,**
**BOGGS and BRANCH, J.J.**

NOTICE: Motions for reconsideration must be *physically received* in our clerk's office within ten days of the date of decision to be deemed timely filed.
http://www.gaappeals.us/rules

**December 9, 2015**

# In the Court of Appeals of Georgia

A14A0730. FROST v. STATE

BARNES, Presiding Judge.

In *State v. Frost*, 297 Ga. 296 (773 SE2d 700) (2015), the Supreme Court reversed the judgment of this Court in *Frost v. State*, 328 Ga. App. 337 (761 SE2d 875) (2014). Accordingly, we vacate our earlier opinion and adopt the judgment of the Supreme Court as our own.

*Judgment reversed. Boggs and Branch, JJ., concur.*